**GOTTLIEB & ASSOCIATES**
ATTORNEYS

150 E. 18th St., Suite PHR · New York, NY 10003
Tel (212) 228-9795 · Fax (212) 982-6284
NYJG@aol.com

February 5, 2021

**VIA ECF**

The Honorable Alison J. Nathan
United States District Court Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/8/2021

Re: *Thorne v. Jerrys Artarama N.C. Inc., et al.,*
Case No.: 1:20-cv-9913-AJN

Dear Judge Nathan,

The undersigned represents Braulio Thorne, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Jerrys Artarama N.C. Inc., and Jerrys Artarama Of Raleigh, Inc., (collectively referred to as "Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for February 12, 2021 at 3:00 PM (Dkt. 8) be adjourned for 60 days because Counsel for Defendant was recently retained, although he has not filed his Notice of Appearance yet, and needs time to review this matter thoroughly and consult with his client. Counsel for Defendant joins in this request.

Thank you for your attention to this matter. Should the Court have any questions, please do not hesitate to contact the undersigned attorney.

> The initial pretrial conference is hereby adjourned to April 9, 2021 at 3:00 p.m. The parties are ordered to submit the documents described in Dkt. No. 8 at least one week before the conference.
> SO ORDERED.
>
> *[signature]* 2/8/2021

Respectfully submitted,

GOTTLIEB & ASSOCIATES

*/s/Jeffrey M. Gottlieb, Esq.*

Jeffrey M. Gottlieb, Esq.

cc: All counsel of record via ECF