USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/8/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRAULIO THORNE, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

    Plaintiffs,

v.

JERRY'S ARTARAMA N.C. INC., AND JERRY'S ARTARAMA OF RALEIGH, INC.,

    Defendant.

ECF Case

1:20-cv-09913 (AJN)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, plaintiff Braulio Thorne and defendants Jerry's Artarama N.C. Inc. and Jerry's Artarama of Raleigh, Inc. (collectively, the "Parties"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs to any Party as against the other.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the Parties have been authorized by their respective clients to execute this Stipulation and no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed;

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimile/photocopy

Active\120261784.v1

signatures may be accepted as originals for all purposes and that this Stipulation may be filed, without further notice, with the Clerk of the Court by any Party herein.

Dated: New York, New York
March 5, 2021

| GOTTLIEB & ASSOCIATES | FOX ROTHSCHILD LLP |
|---|---|
| By: _/s/ Jeffrey M. Gottlieb_ | By: _/s/ Ernest Edward Badway_ |
| Jeffrey M. Gottlieb, Esq. | Ernest Edward Badway, Esq. |
| Michael A. LaBollita, Esq. | Jason B. Jendrewski, Esq. |
| 150 East 18th Street, Suite PHR | 101 Park Avenue, Suite 1700 |
| New York, New York 10003 | New York, New York 10178 |
| Telephone: (212) 228-9795 | Telephone: (212) 878-7900 |
| Facsimile: (212) 982-6284 | Facsimile: (212) 692-0940 |
| Email: jeffrey@gottlieb.legal | Email: ebadway@foxrothschild.com |
| michael@gottlieb.legal | jjendrewski@foxrothschild.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

3/8/21

/s/ Alison J. Nathan

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.

Active\20261784.v1